# Court of Appeals, State of Michigan

## ORDER

22022 MICHIGAN AVENUE LLC v TAHRIK ALCODRAY

Docket No.    335839

LC No.    15-013275-CH

Elizabeth L. Gleicher
Presiding Judge

Mark T. Boonstra

Jonathan Tukel
Judges

The Court orders that the April 5, 2018 opinion is hereby VACATED, and new opinions are forthcoming.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

APR 0 5 2018

Date

Chief Clerk